(R.D. 11431)

COMMODITY SERVICE CORPORATION v. UNITED STATES

(Decided December 18, 1967)

*Barnes, Richardson & Colburn* for the plaintiff.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

DONLON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, as follows:

(1) That the merchandise covered by the above-entitled appeal for reappraisement consists of canned corned beef in 4 lb. tins, packed 6 tins per carton, exported from Argentina on or about October 9, 1963; that the said merchandise was entered, or withdrawn from warehouse,